UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on June 6, 2025

| | |
|---|---|
| UNITED STATES OF AMERICA | : CRIMINAL NO. |
| v. | : GRAND JURY ORIGINAL |
| PHIL DARKWAH, and ABLIE KUJABI, | : VIOLATION:<br>: 18 U.S.C. § 922(g)(1)<br>: (Unlawful Possession of a Firearms and |
| Defendants. | : Ammunition by a Person Convicted of a<br>: Crime Punishable by Imprisonment for a<br>: Term Exceeding One Year)<br>:<br>: FORFEITURE:<br>: 18 U.S.C. § 924(d); 21 U.S.C. § 853(p); and<br>: 28 U.S.C. § 2461(c) |

## INDICTMENT

The Grand Jury charges that:

### COUNT ONE

On or about May 5, 2025, within the District of Columbia, **PHIL DARKWAH**, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, in Fairfax County, Virginia, Circuit Court Case No. FE-2023-0000178, did unlawfully and knowingly receive and possess a firearm, that is a .40 caliber Glock 27 with serial number VCW593, and did unlawfully and knowingly receive and possess ammunition, that is, 14 rounds of ammunition, which had been possessed, shipped and transported in and affecting interstate and foreign commerce.

**(Unlawful Possession of a Firearm and Ammunition by a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year**, in violation of Title 18, United States Code, Section 922(g)(1))

## COUNT TWO

On or about May 5, 2025, within the District of Columbia, **ABLIE KUJABI**, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, in District Court for Prince George's County, Maryland, Case No. 2E00731922, did unlawfully and knowingly receive and possess a firearm, that is a .45 caliber Glock 21 with serial number AGUV679, and did unlawfully and knowingly receive and possess ammunition, that is, 13 rounds of ammunition, which had been possessed, shipped and transported in and affecting interstate and foreign commerce.

**(Unlawful Possession of a Firearm and Ammunition by a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year**, in violation of Title 18, United States Code, Section 922(g)(1))

## FORFEITURE ALLEGATION

1. Upon conviction of the offenses alleged in Count One of this Indictment, the defendants shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any firearms and ammunition involved in or used in the knowing commission of the offense, including but not limited to, a .40 caliber Glock 27 with serial number VCW593, a magazine, and 14 rounds of ammunition and a .45 caliber Glock 21 with serial number AGUV679, a magazine, and 13 rounds of ammunition.

2. If any of the property described above as being subject to forfeiture, as a result of any act or omission of the defendant:

   (a)   cannot be located upon the exercise of due diligence;

   (b)   has been transferred or sold to, or deposited with, a third party;

   (c)   has been placed beyond the jurisdiction of the Court;

   (d)   has been substantially diminished in value; or

(e) has been commingled with other property that cannot be subdivided without difficulty;

the defendant shall forfeit to the United States any other property of the defendant, up to the value of the property described above, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

(**Criminal Forfeiture**, pursuant to Title 18, United States Code, Section 924(d), Title 21, United States Code, Section 853(p), and Title 28, United States Code, Section 2461(c))

Jeanine Ferris Pirro
United States Attorney

*[signature]*

By: Gauri Gopal
Assistant United States Attorney

A TRUE BILL:

FOREPERSON.