UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ABLIE KUJABI,<br><br>Defendant. | No. 25-CR-194-002 |

**GOVERNMENT'S MOTION TO DISMISS INDICTMENT**

The United States of America moves to dismiss the indictment against Defendant Ablie Kujabi without prejudice. *See* Fed. R. Crim. P. 48(a) ("The government may, with leave of court, dismiss an indictment . . . ."); *see also United States v. Borges*, 153 F. Supp. 3d 216, 219 (D.D.C. 2015) ("Under Rule 48, there is a strong presumption in favor of a no-prejudice dismissal unless the circumstances are 'exceptional' . . . ." (citation omitted)). Based on the Court's recent order granting Defendant Kujabi's motion to suppress, dismissal is in the interests of justice. *See United States v. Karake*, No. 02-cr-256 (ESH), 2007 WL 8045732, at *1 (D.D.C. Feb. 7, 2007) (granting government motion to dismiss indictment without prejudice after the suppression of statements left the government unable to proceed to trial).

                Respectfully submitted,

                Jeanine Ferris Pirro
                United States Attorney

By:   */s/ Mark Levy*
       Mark Levy
       Assistant United States Attorney
       D.C. Bar No. 241668
       601 D Street NW
       Washington, D.C. 20530

1

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**ABLIE KUJABI,**<br><br>Defendant. | No. 25-CR-194-002 |

## [PROPOSED] ORDER

Upon consideration of the Government's motion to dismiss the indictment, the Court finds it appropriate to grant the Government leave to dismiss the indictment. It is therefore

**ORDERED** that the Government's motion to dismiss the indictment is **GRANTED**; and it is further

**ORDERED** that the indictment in this case be **DISMISSED** without prejudice only as to Defendant Ablie Kujabi.

**IT SO ORDERED**.

_____                                     _____
Date                                                              HON. LOREN L. ALIKHAN
                                                                         United States District Judge